UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | NO. 3:12-CV-4796-B |
| | § | |
| KATHY A. VAN LIEW, | § | |
| | § | |
| Respondent. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Magistrate Judge's Findings, Conclusions, and Recommendation ("FC&R") on a petition filed by the United States of America to enforce two Internal Revenue Service ("IRS") summonses served on Respondent Kathy A. Van Liew (Doc. 1). The FC&R recommends that the government's petition be granted. After conducting a *de novo* review pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) of the pleadings, files, and records in this case as well as the FC&R, the Court is of the opinion that the Findings, Conclusions, and Recommendation are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are hereby **ADOPTED**. The government's petition to enforce IRS summonses is **GRANTED** for the reasons stated in the Magistrate Judge's Findings, Conclusions, and Recommendation.

SO ORDERED.

Dated: March 19, 2013

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE